# Court of Appeals
# of the State of Georgia

ATLANTA,___May 17, 2016_____

*The Court of Appeals hereby passes the following order:*

## A16A1293.  MIDDLETON v. THE STATE

Upon consideration, Appellant's Motion To Remand Case To Trial Court And For A Remittitur Of Record in the above-styled case is hereby GRANTED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,_____05/17/2016_____*
    *I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
    *Witness my signature and the seal of said court* hereto affixed the day and year last above written.

_____, *Clerk.*